# IN THE SUPREME COURT OF THE STATE OF NEVADA

MYKEL TYREL BROWN,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 72376

FILED

MAR 14 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

Appellant has filed a motion for a voluntary dismissal of this appeal. Cause appearing, the motion is granted. *See* NRAP 42(b). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Elissa F. Cadish, District Judge
      Mykel Tyrel Brown
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

17-08535